585 A.2d 365

AGORO MARGIOLAS v. CHUBB INSURANCE COMPANY.

September 4, 1990.

Petition for certification denied.

585 A.2d 366

SOMERS ASSOCIATES, INC. v. GLOUCESTER TOWNSHIP.

September 4, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 323, 575 *A.*2d 20)

585 A.2d 366

BEATRIZ GONCALVES v. BUCYRUS–ERIE, INC.

September 4, 1990.

Petition for certification denied.

585 A.2d 366

THOMAS H. EVERTON, SR., ET AL. v. MACK TRUCKS, INC.

September 4, 1990.

Petition for certification denied.